**E-FILED on**    6/1/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JACQUELINE C. MELCHER,<br><br>       Appellant,<br><br>   v.<br><br>JOHN W. RICHARDSON,<br><br>       Appellee. | No. C-10-01856 RMW<br><br>ORDER TO SHOW CAUSE |

    The instant bankruptcy appeal was transferred to this court on April 29, 2010.  No action has been taken on this matter since.  Appellant is required to file with the clerk and serve on appellee a designation of the items to be included in the record on appeal and a statement of the issues to be presented within 14 days after filing the notice of appeal.  The court therefore orders appellant to appear at 9:00 a.m. on July 2, 2010 and show cause why the case should not be dismissed for lack of prosecution.  Absent a showing of good cause, the appeal will be dismissed.

DATED:      6/1/10

*Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge

ORDER TO SHOW CAUSE—No. C-10-01856 RMW
CCL

**Notice of this document has been sent to:**

**Appellant:**

Jacqueline C. Melcher
P.O. Box 222798
Carmel, CA 93922

**Counsel for Appellee:**

Charles Patrick Maher          cmaher@luce.com

**Counsel for Trustee:**

Nanette Dumas                 Nanette.Dumas@USDOJ.gov

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**      6/1/10                              CCL
                                          **Chambers of Judge Whyte**

ORDER TO SHOW CAUSE—No. C-10-01856 RMW
CCL                                             2