**E-FILED on**    10/15/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JACQUELINE C. MELCHER, | No. C-10-01856 RMW |
|     Appellant, | |
|     v. | ORDER TO SHOW CAUSE |
| JOHN W. RICHARDSON, | |
|     Appellee. | |

    Appellant filed a notice of appeal on April 14, 2010. The bankruptcy appeal was transferred to this court on April 29, 2010. Appellant failed to timely file and serve a designation of the items to be included in the record on appeal and a statement of issues to be presented. Consequently, on June 1, 2010, the court issued an order to show cause why the case should not be dismissed for lack of prosecution. On July 2, 2010, the court issued an order warning appellant that further failures to comply with time limits or other rules of court could result in dismissal of the case and that she has a responsibility to inform herself as to the requirements for perfecting the record and pursuing her appeal.

    The record on appeal has not been transmitted to this court. Appellant has neither paid for the transcripts necessary for appeal, nor has she sought *in forma pauperis* status. The court therefore orders appellant to appear at 9:00 a.m. on November 12, 2010 and show cause why the appeal

ORDER TO SHOW CAUSE—No. C-10-01856 RMW
CCL

should not be dismissed for lack of prosecution. Absent a showing of good cause, the appeal will be dismissed.

DATED:     10/15/10

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER TO SHOW CAUSE—No. C-10-01856 RMW
CCL                                                         2